IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM LEE GRANT, II,

      Plaintiff,

vs.                                                                                                               Case No.: 2:19-cv-5052
                                                                                          JUDGE GEORGE C. SMITH
                                                                                          Magistrate Judge Vascura

CENTRAL INTELIGENCE AGENCY, *et al.*,

      Defendants.

## ORDER

On November 22, 2019, the United States Magistrate Judge issued an *Order and Report and Recommendation* recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* be granted and that this case be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii). (*See Order and Report and Recommendation*, Doc. 3).

The parties were advised of their right to object to the *Order and Report and Recommendation*. This matter is now before the Court on Plaintiff's Objections to the *Order and Report and Recommendation*. (Doc. 4). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

As his objection, Plaintiff recites rulings from other Courts. He has not provided any new arguments suggesting that the Magistrate Judge's findings are incorrect. The Magistrate Judge correctly concluded that Plaintiff's allegations are so implausible as to render his Complaint frivolous. Therefore, the Court agrees with the Magistrate Judge's findings that Plaintiff's Complaint should be dismissed.

For the reasons stated above and as set forth in detail in the *Order and Report and Recommendation*, this Court finds that Plaintiff's objections are without merit and are hereby

**OVERRULED**. The *Order and Report and Recommendation,* Document 3, is **ADOPTED** and **AFFIRMED**. Plaintiff's Complaint is hereby **DISMISSED**.

The Clerk shall remove Documents 3 and 4 from the Court's pending motions list. The Clerk shall terminate this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**